**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-35346 |
| | § | |
| VICKI H. BUZARD | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/29/2014. The undersigned trustee was appointed on 09/29/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $4,173.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2.99 |
   | Bank service fees | $60.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,110.01 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/18/2015 and the deadline for filing government claims was 03/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,043.25.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,043.25, for a total compensation of $1,043.25$^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/30/2015                                By:    /s/ David R. Herzog
                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 14-35346-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 02/18/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1225 PINE POINT, Glenview IL 60025 | $375,000.00 | $0.00 | | $0.00 | FA |
| 2 | Citibank Private Bank Money Market Account ending in 0230; joint with non-debtor spouse | $9.54 | $9.54 | | $0.00 | FA |
| 3 | Citibank Private Bank Money Market Account ending in 2239; joint with non-debtor spouse | $7.52 | $7.52 | | $0.00 | FA |
| 4 | Citibank Checking Account ending in 7845; joint with George Buzard III (non-debtor spouse) monies belong to him | $802.50 | $802.50 | | $0.00 | FA |
| 5 | Citibank Checking Account ending in 3434; All monies belong to Brooke Buzard, the debtor's now adult daughter -- see SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Citibank Checking Account ending in 2278; Account; All monies belong to George Buzard, IV the debtor's now adult son. See SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Citibank Checking account ending in 1542; all monies belong to Mykenzie Buzard, the debtor's now adult daughter. See SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Glenview State Bank Savings; UGMA account for now adult Brooke Buzard; debtor is custodian, #xxx9198 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Glenview State Bank, UGMA savings account;; debtor is custodian for George Buzard IV, now adult son | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Glenview State Bank. UGMA savings account; debtoris custodian for Mykenzie Buzard, now adult daughter | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 14-35346-CD | Trustee Name: | David R. Herzog |
| Case Name: | BUZARD, VICKI H. | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 02/18/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11 | Various household goods and furnishings including: 4 couches, 3 bookcases, 3 desks, 23 chairs, 13 tables, 2 rugs, 2 radios, 3 televisions, 1 TIVO, 1 stereo, 6 speakers, 3 dvd/vcr, 1 cat tree, 1 piano w/ bench, 3 chests of drawers, 1 set of china, 1 set of silverware, 3 bedsm 2 dressers, 9 lamps, 8 end tables, 2 TV stands, 1 printer, 1 file drawer, 1 space heater, 1 kitchen table with 5 chairs, 1 dining room table with 6 chairs, 2 ottomans, 1 microwave, 1 refrigerator, 1 dishwasher, 1 washing machine, 1 dryer, 1 stove, 1 set of dishes, 1 set of cookware, 5 kitchen stools, 1 oven, 2 game tables, 1 sewing machine, 2 vaccum cleaners, 1 iron, 1 lawn mower, 1 shoe rack, 1 bench, 1 coffee maker, 1 toaster, 5 cabinets, 10 shelving units, 1 dorm fridge, 1 air purifier, 1 dehumidifier, 3 stools, various holiday decorations, 1 set of golf clubs, 1 exercise bike | $3,847.00 | $3,847.00 | | $0.00 | FA |
| 12 | Various books, pictures, art, collectibles | $253.18 | $253.18 | | $0.00 | FA |
| 13 | Various items of clothing | $1,580.80 | $0.00 | | $0.00 | FA |
| 14 | Diamond ring (1/3 ct), wedding band and earrings, sapphire ring, pearl necklace and earrings, (estimated sale value) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 15 | Camera, golf clubs and bike | $110.00 | $110.00 | | $0.00 | FA |
| 16 | State Farm Term Life Insurance Policy; NCV; death benefit $350,000 | Unknown | $0.00 | | $0.00 | FA |
| 17 | State Farm Whole Life Insurance Policy; Daughter Brooke is the insured. Death benefit $25,000. Debtor and non-debtor spouse are beneficiaries | $2,784.00 | $2,784.00 | | $0.00 | FA |
| 18 | State Farm Whole Life Insurance Policy; Son George IV is the insured. Death benefit $25,000. Debtor and non-debtor spouse are beneficiaries | $3,092.00 | $3,092.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3  Exhibit A

| Case No.: | 14-35346-CD | Trustee Name: | David R. Herzog |
| Case Name: | BUZARD, VICKI H. | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 02/18/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | 108 Common Stock shares of AT&T, Inc. | $4,410.00 | $4,410.00 | | $0.00 | FA |
| 20 | 33 Shares of Comcast | $824.00 | $824.00 | | $0.00 | FA |
| 21 | IRS Tax Refund 2012; 2013; possible 2011 refund | $4,713.00 | $4,713.00 | | $4,173.00 | FA |
| 22 | 2011 Honda Pilot (67,902 miles) | $10,000.00 | $3,600.00 | | $0.00 | FA |
| 23 | 2008 Mercury Sable (118,618 miles) -- located in Peoria IL | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 24 | 1980 Buick Riviera (81000 miles) not driveable | $500.00 | $500.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

$412,933.54     $29,952.74     $4,173.00     $0.00

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID R. HERZOG
                                                                                                          DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-35346-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7987 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2014 | (21) | U.S. Treasury | Turnover of Debtor 2012 tax refund | 1124-000 | $2,430.00 | | $2,430.00 |
| 12/11/2014 | (21) | U.S. Treasury | Turnover of Debtor 2013 tax refund | 1124-000 | $1,743.00 | | $4,173.00 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,163.00 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,153.00 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,143.00 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.99 | $4,140.01 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,130.01 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,120.01 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,110.01 |
| | | | TOTALS: | | $4,173.00 | $62.99 | $4,110.01 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,173.00 | $62.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,173.00 | $62.99 | |

**For the period of 9/29/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/11/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-35346-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7987 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,173.00 | $62.99 | $4,110.01 |

**For the period of 9/29/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/29/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

| Case No. | 14-35346-CD | | Trustee Name: | David R. Herzog |
| Case Name: | BUZARD, VICKI H. | | Date: | 6/30/2015 |
| Claims Bar Date: | 02/18/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 06/29/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,043.25 | $1,043.25 | $0.00 | $0.00 | $0.00 | $1,043.25 |
| 1 | IRS<br><br>PO BOX 7346<br>Philadelphia PA 19114-7346 | 11/26/2014 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $9,332.56 | $9,332.56 | $0.00 | $0.00 | $0.00 | $9,332.56 |
| 1a | IRS<br><br>PO BOX 7346<br>Philadelphia PA 19114-7346 | 11/26/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,562.75 | $2,562.75 | $0.00 | $0.00 | $0.00 | $2,562.75 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 01/28/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,636.87 | $26,636.87 | $0.00 | $0.00 | $0.00 | $26,636.87 |
|  |  |  |  |  |  | $39,575.43 | $39,575.43 | $0.00 | $0.00 | $0.00 | $39,575.43 |

Page No: 2     Exhibit C

## CLAIM ANALYSIS REPORT

| **Case No.** | 14-35346-CD | **Trustee Name:** | David R. Herzog |
|---|---|---|---|
| **Case Name:** | BUZARD, VICKI H. | **Date:** | 6/30/2015 |
| **Claims Bar Date:** | 02/18/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $9,332.56 | $9,332.56 | $0.00 | $0.00 | $0.00 | $9,332.56 |
| General Unsecured § 726(a)(2) | $29,199.62 | $29,199.62 | $0.00 | $0.00 | $0.00 | $29,199.62 |
| Trustee Compensation | $1,043.25 | $1,043.25 | $0.00 | $0.00 | $0.00 | $1,043.25 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       14-35346
Case Name:      VICKI H. BUZARD
Trustee Name:   David R. Herzog

Balance on hand: $4,110.01

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,110.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $1,043.25 | $0.00 | $1,043.25 |

Total to be paid for chapter 7 administrative expenses: $1,043.25
Remaining balance: $3,066.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,066.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,332.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | $9,332.56 | $0.00 | $3,066.76 |

Total to be paid to priority claims: $3,066.76

**UST Form 101-7-TFR (5/1/2011)**

|   | Remaining balance: | $0.00 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,199.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | IRS | $2,562.75 | $0.00 | $0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | $26,636.87 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**