**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **VICKI H. BUZARD,** | ) | **Case No. 14-35346** |
| | ) | |
| Debtors. | ) | **Honorable Carol A. Doyle** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on August 12, 2015 at 10:30 a.m., before the Honorable Carol A. Doyle, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 742, Chicago, IL 60604.

Date Mailed: _____        By: /s/   David R. Herzog_____
                                                      Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 14-35346 |
|---|---|---|
| | § | |
| VICKI H. BUZARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $4,173.00
*and approved disbursements of*     $62.99
*leaving a balance on hand of$^1$ :*     $4,110.01

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,110.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $1,043.25 | $0.00 | $1,043.25 |

Total to be paid for chapter 7 administrative expenses:     $1,043.25
Remaining balance:     $3,066.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,066.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,332.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | $9,332.56 | $0.00 | $3,066.76 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $3,066.76 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,199.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | IRS | $2,562.75 | $0.00 | $0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | $26,636.87 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David R. Herzog
              Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
VICKI H. BUZARD  
    Debtor

Case No. 14-35346-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Jul 09, 2015  
                     Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2015.

```
db              +VICKI H. BUZARD,    1225 PINE POINT,   Glenview, IL 60025-2948
22458526       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
22542428       ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,
                  FREDERICK MD 21703-8502
                 (address filed with court:   CITIMORTGAGE, INC.,    5280 CORPORATE DRIVE,    FREDRICK, MD 21703)
22752761        +CITIMORTGAGE, INC.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6921
22458522        +Cach LLC,   701 E 60TH ST N,    Sioux Falls, SD 57104-0432
22458524        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22458525        +Citibank,    PO BOX 769006,    San Antonio, TX 78245-9006
22458527        +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
22458530        +George Buzard,    1225 Pine Point,    Glenview, IL 60025-2948
22458531         ILL. DEPT. REVENUE,    PO BOX 64338,    Chicago, IL 60664-0338
22458533        +Jeffrey Burger,    428 S. Courtland Avenue,    Park Ridge, IL 60068-4869
22458535        +Law Firm of Allan C. Smith P.C.,    Bucks County Office Center,    1276 Veterans Hwy, Ste E-1,
                  Bristol, PA 19007-2597
22458536        +Law Offices of Ira T. Nevel,    175 N. Franklin Street,    Suite 201,   Chicago, IL 60606-1847
22458537        +Nina Gotteiner MD,    c/o Pediatric Faculty Foundation,    PO Box 4051,
                  Carol Stream, IL 60197-4051
22458538        +Peter Koenig, MD,    Pediatric Faculaty Foundation,    PO Box 4051,    Carol Stream, IL 60197-4051
22458539        +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
22554576        +Unvi/Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22458523        +E-mail/Text: ebn@squaretwofinancial.com Jul 10 2015 01:14:58     Cach Llc/Square Two Financial,
                  Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
22458528        +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 10 2015 01:14:43     Cook County Treasurer,
                  118 North Clark St,    Room 112,    Chicago, IL 60602-1590
22458529        +E-mail/PDF: mrdiscen@discover.com Jul 10 2015 01:35:36      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
22458532        +E-mail/Text: cio.bncmail@irs.gov Jul 10 2015 01:13:36      IRS,    PO BOX 7346,
                  Philadelphia, PA 19101-7346
22458534        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2015 01:13:30      Kohls/capone,
                  Po Box 3115,    Milwaukee, WI 53201-3115
22859733        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2015 01:22:22
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22458540*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Unvl/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: dross                 Page 2 of 2              Date Rcvd: Jul 09, 2015
                               Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2015 at the address(es) listed below:

```
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Maria  Georgopoulos    on behalf of Creditor    CITIMORTGAGE, INC. nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard L Hirsh    on behalf of Debtor VICKI H. BUZARD richala@sbcglobal.net,  rlhpc2@sbcglobal.net
          Timothy R Yueill    on behalf of Creditor    CITIMORTGAGE, INC. timothyy@nevellaw.com
                                                                                             TOTAL: 5
```