UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 14-35346
 §
VICKI H. BUZARD §
 §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $400,239.74 | Assets Exempt: | $7,980.80 |
| Total Distributions to Claimants: | $3,066.76 | Claims Discharged Without Payment: | $35,465.42 |
| Total Expenses of Administration: | $1,106.24 | | |

3) Total gross receipts of $4,173.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,173.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,106.24 | $1,106.24 | $1,106.24 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $9,332.56 | $9,332.56 | $3,066.76 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $29,199.62 | $29,199.62 | $0.00 |
| **Total Disbursements** | $0.00 | $39,638.42 | $39,638.42 | $4,173.00 |

4). This case was originally filed under chapter 7 on 09/29/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/26/2016</u>     By:  <u>/s/ David R. Herzog</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| IRS Tax Refund 2012; 2013; possible 2011 refund | 1124-000 | $4,173.00 |
| **TOTAL GROSS RECEIPTS** | | $4,173.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,043.25 | $1,043.25 | $1,043.25 |
| Arthur B. Levine Company | 2300-000 | NA | $2.99 | $2.99 | $2.99 |
| Bank of Texas | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,106.24 | $1,106.24 | $1,106.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $0.00 | $9,332.56 | $9,332.56 | $3,066.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $9,332.56 | $9,332.56 | $3,066.76 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | IRS | 7100-000 | $0.00 | $2,562.75 | $2,562.75 | $0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $26,636.87 | $26,636.87 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $29,199.62 | $29,199.62 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-35346-CD | | Trustee Name: | David R. Herzog |
| Case Name: | BUZARD, VICKI H. | | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 4/26/2016 | | §341(a) Meeting Date: | 11/17/2014 |
| | | | Claims Bar Date: | 02/18/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1225 PINE POINT, Glenview IL 60025 | $375,000.00 | $0.00 | | $0.00 | FA |
| 2  Citibank Private Bank Money Market Account ending in 0230; joint with non-debtor spouse | $9.54 | $9.54 | | $0.00 | FA |
| 3  Citibank Private Bank Money Market Account ending in 2239; joint with non-debtor spouse | $7.52 | $7.52 | | $0.00 | FA |
| 4  Citibank Checking Account ending in 7845; joint with George Buzard III (non-debtor spouse) monies belong to him | $802.50 | $802.50 | | $0.00 | FA |
| 5  Citibank Checking Account ending in 3434; All monies belong to Brooke Buzard, the debtor's now adult daughter -- see SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Citibank Checking Account ending in 2278; Account; All monies belong to George Buzard, IV the debtor's now adult son. See SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 7  Citibank Checking account ending in 1542; all monies belong to Mykenzie Buzard, the debtor's now adult daughter. See SOFA #14 | $0.00 | $0.00 | | $0.00 | FA |
| 8  Glenview State Bank Savings; UGMA account for now adult Brooke Buzard; debtor is custodian, #xxx9198 | $0.00 | $0.00 | | $0.00 | FA |
| 9  Glenview State Bank, UGMA savings account;; debtor is custodian for George Buzard IV, now adult son | $0.00 | $0.00 | | $0.00 | FA |
| 10 Glenview State Bank. UGMA savings account; debtoris custodian for Mykenzie Buzard, now adult daughter | $0.00 | $0.00 | | $0.00 | FA |

Case 14-35346   Doc 55   Filed 05/05/16   Entered 05/05/16 15:26:30   Desc Main
Document   Page 6 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 14-35346-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 4/26/2016 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 02/18/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 11 | Various household goods and furnishings including: 4 couches, 3 bookcases, 3 desks, 23 chairs, 13 tables, 2 rugs, 2 radios, 3 televisions, 1 TIVO, 1 stereo, 6 speakers, 3 dvd/vcr, 1 cat tree, 1 piano w/ bench, 3 chests of drawers, 1 set of china, 1 set of silverware, 3 bedsm 2 dressers, 9 lamps, 8 end tables, 2 TV stands, 1 printer, 1 file drawer, 1 space heater, 1 kitchen table with 5 chairs, 1 dining room table with 6 chairs, 2 ottomans, 1 microwave, 1 refrigerator, 1 dishwasher, 1 washing machine, 1 dryer, 1 stove, 1 set of dishes, 1 set of cookware, 5 kitchen stools, 1 oven, 2 game tables, 1 sewing machine, 2 vaccum cleaners, 1 iron, 1 lawn mower, 1 shoe rack, 1 bench, 1 coffee maker, 1 toaster, 5 cabinets, 10 shelving units, 1 dorm fridge, 1 air purifier, 1 dehumidifier, 3 stools, various holiday decorations, 1 set of golf clubs, 1 exercise bike | $3,847.00 | $3,847.00 | | $0.00 | FA |
| 12 | Various books, pictures, art, collectibles | $253.18 | $253.18 | | $0.00 | FA |
| 13 | Various items of clothing | $1,580.80 | $0.00 | | $0.00 | FA |
| 14 | Diamond ring (1/3 ct), wedding band and earrings, sapphire ring, pearl necklace and earrings, (estimated sale value) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 15 | Camera, golf clubs and bike | $110.00 | $110.00 | | $0.00 | FA |
| 16 | State Farm Term Life Insurance Policy; NCV; death benefit $350,000 | Unknown | $0.00 | | $0.00 | FA |
| 17 | State Farm Whole Life Insurance Policy; Daughter Brooke is the insured. Death benefit $25,000. Debtor and non-debtor spouse are beneficiaries | $2,784.00 | $2,784.00 | | $0.00 | FA |
| 18 | State Farm Whole Life Insurance Policy; Son George IV is the insured. Death benefit $25,000. Debtor and non-debtor spouse are beneficiaries | $3,092.00 | $3,092.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3  Exhibit 8

| Case No.: | 14-35346-CD | Trustee Name: | David R. Herzog |
| Case Name: | BUZARD, VICKI H. | Date Filed (f) or Converted (c): | 09/29/2014 (f) |
| For the Period Ending: | 4/26/2016 | §341(a) Meeting Date: | 11/17/2014 |
| | | Claims Bar Date: | 02/18/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | 108 Common Stock shares of AT&T, Inc. | $4,410.00 | $4,410.00 | | $0.00 | FA |
| 20 | 33 Shares of Comcast | $824.00 | $824.00 | | $0.00 | FA |
| 21 | IRS Tax Refund 2012; 2013; possible 2011 refund | $4,713.00 | $4,713.00 | | $4,173.00 | FA |
| 22 | 2011 Honda Pilot (67,902 miles) | $10,000.00 | $3,600.00 | | $0.00 | FA |
| 23 | 2008 Mercury Sable (118,618 miles) -- located in Peoria IL | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 24 | 1980 Buick Riviera (81000 miles) not driveable | $500.00 | $500.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                    **Gross Value of Remaining Assets**

$412,933.54    $29,952.74    $4,173.00    $0.00

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   /s/ DAVID R. HERZOG
                                                                                                          DAVID R. HERZOG

| Case No. | 14-35346-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7987 | | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2014 | (21) | U.S. Treasury | Turnover of Debtor 2012 tax refund | 1124-000 | $2,430.00 | | $2,430.00 |
| 12/11/2014 | (21) | U.S. Treasury | Turnover of Debtor 2013 tax refund | 1124-000 | $1,743.00 | | $4,173.00 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,163.00 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,153.00 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,143.00 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.99 | $4,140.01 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,130.01 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,120.01 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,110.01 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,100.01 |
| 07/01/2015 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $4,110.01 |
| 08/13/2015 | 3002 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,043.25 | $3,066.76 |
| 08/13/2015 | 3003 | IRS | Distribution Dividend: 32.86; Account Number: ; | 5800-000 | | $3,066.76 | $0.00 |

| | TOTALS: | $4,173.00 | $4,173.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $4,173.00 | $4,173.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $4,173.00 | $4,173.00 | |

| For the period of 9/29/2014 to 4/26/2016 | | For the entire history of the account between 12/11/2014 to 4/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,173.00 | Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 | Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,173.00 | Total Compensable Disbursements: | $4,173.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,173.00 | Total Comp/Non Comp Disbursements: | $4,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2                                   Exhibit 9

| Case No. | 14-35346-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | BUZARD, VICKI H. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7987 | Checking Acct #: | ******0232 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,173.00 | $4,173.00 | $0.00 |

**For the period of 9/29/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,173.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/29/2014 to 4/26/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,173.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,173.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG